**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **BILLIE WAYNE MOSS** | ) | |
| | ) | |
| **V.** | ) | **3-05-CV-2292-D** |
| | ) | |
| **TEEN/LIFE CHALLENGE INC., ET AL** | ) | |

## ORDER

The court has conducted *de novo* review of the magistrate judge's findings, conclusions, and recommendation and adopts them. Accordingly, this action is dismissed without prejudice for want of prosecution under Fed. R. Civ. P. 41(b) by judgment filed today.

**SO ORDERED**.

April 12, 2006.

SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE